## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE # <u>11-60033-CR-COOKE</u>

DEFENDANT: <u>NICHOLAUS THOMAS</u>           **JUDGE MARCIA G. COOKE**

Deputy Clerk: <u>  Ivan Marchena  </u>           Date: <u>May 23, 2012</u>

Court Reporter: <u>Diane Miller  </u>           Interpreter: __

AUSA: <u> S. Behnke and G. Tortella</u>           Deft's Counsel: <u> Robert Trachman, Esq.</u>

              COUNTS DISMISSED<u>: all remaining  </u>

_____   Deft. Failed to Appear - Warrant Iss.

_____   Sentencing cont'd until: _____

### **JUDGMENT AND SENTENCE**

|  Imprisonment  |  Years  |  Months  |  Counts  |  |
|---|---|---|---|---|
|  |  | 120 | 1 and 29 conc. |  |
| _____ | - | __ |  | _____ |

Supervised Release: <u> 3 years          </u>Special Conditions:<u>__</u>

### **PROBATION**

Years:_____Months:_____           Counts:_____

Special Conditions: _____

Assessment $ <u>200.00   </u>           Fine $__

Restitution/Other____

### CUSTODY

____ Remanded to the Custody of the U.S. Marshal Service     ___ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on:__

Commitment Recommendation: <u> Drug treatment and Local facility.          </u>